UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTHA PEREZ-PEDEMONTI, individually, and on behalf of all others similarly situated,

                        Plaintiff,

– against –

THE CITY OF NEW YORK, JONI KLETTER in her individual capacity, SOSIMO FABIAN in his individual capacity, MICHAEL LEVARIO in his individual capacity,

                        Defendants.

**ORDER AMENDING CAPTION**

22-CV-6180 (NRB)

---

The parties as represented below having stipulated to the discontinuance, withdrawal, and dismissal with prejudice of all claims in the above captioned action alleged against Joni Kletter, Michael Levario, and Sosimo Fabian; and

Upon the application of Defendant City of New York for an Order directing that the caption in this action be amended to indicate that the City of New York is the sole remaining defendant, and plaintiff consenting to this application; and

The parties having memorialized their consent to this application by their signature below;

**IT IS HEREBY ORDERED** that the caption in this action be amended to reflect that the City of New York is the sole remaining defendant and to delete the names of defendants Joni Kletter, Michael Levario, and Sosimo Fabian, who have all already been dismissed from this action; and

10

**IT IS FURTHER ORDERED** that the Clerk of the Court shall amend the Court's files in accordance with this Order.

| | |
|---|---|
| **THE DUGGER LAW FIRM, PLLC**<br>Attorneys for Plaintiff<br>Gotham Center<br>28-07 Jackson Ave., 5th Fl.<br>Long Island City, NY 11101<br>cd@theduggerlawfirm.com | **HON. SYLVIA O. HINDS-RADIX**<br>Corporation Counsel of the<br>   City of New York<br>Attorney for Defendant City of New York<br>100 Church Street, Rm. 2-175<br>New York, New York 10007<br>mdecastr@law.nyc.gov |
| By: /s/ Cyrus E. Dugger | By: /s/ Maria Fernanda DeCastro<br>Assistant Corporation Counsel |

October 31, 2022
Date

SO ORDERED:

/s/ Naomi Reice Buchwald
U.S.D.J.

11